Amos TACKETT, Appellant,

v.

Anthony J. CELEBREZZE, Secretary of
Health, Education and Welfare,
Appellee.

No. 10096.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 3, 1966.

Decided Jan. 10, 1966.

Hugh P. Cline, Norton, Va., (Cline &
McAfee, Norton, Va., on brief), for appellant.

Harvey L. Zuckman, Atty., Dept. of
Justice (John W. Douglas, Asst. Atty.
Gen., and Sherman L. Cohn, Atty., Dept.
of Justice, and Thomas B. Mason, U. S.
Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge,
and SOBELOFF and BRYAN, Circuit
Judges.

PER CURIAM:

In this proceeding for disability benefits under the Social Security Act, we
find substantial evidence supporting the
Secretary's decision.

Affirmed.

UNITED STATES of America,
Appellee,

v.

Abraham Arnold WILLIS, Appellant.

No. 15389.

United States Court of Appeals
Third Circuit.

Argued Dec. 14, 1965.

Decided Jan. 17, 1966.

Gibson Smith, Jr., York, Pa., for appellant.

Carlon M. O'Malley, Jr., Asst. U. S.
Atty., Scranton, Pa. (Bernard J. Brown,
U. S. Atty., Scranton, Pa., on the brief),
for appellee.

Before McLAUGHLIN, HASTIE and
SMITH, Circuit Judges.

PER CURIAM.

Our own examination of the trial record in this appeal satisfies us that Government Exhibit No. 8 was properly introduced into evidence; that the case
was correctly submitted to the jury and
that the verdict was justified under the
evidence.

The judgment of the district court will
be affirmed.